## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES MCNICHOLAS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **NO. 21-2344** |
| **CENTURY LINK, INC.,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

**AND NOW**, this 15th day of November 2021, upon consideration of Defendants Level 3 Parent, LLC, and Lumen Technologies' Motions to Dismiss Plaintiff's Complaint (ECF Nos. 13, and 14), Defendants Level 3 Parent, LLC, and Lumen Technologies' Motions to Dismiss Plaintiff's Amended Complaint (ECF Nos. 22 and 23), Defendant Level 3 Parent, LLC's Second Motion to Dismiss Plaintiff's Complaint (ECF No. 28), and Plaintiff's Response in Opposition (ECF Nos. 26, 27, and 29), **IT IS HEREBY ORDERED AND DECREED** that:

1. Defendants' Motions to Dismiss the Complaint (ECF Nos. 13, 14 and 28) are

   **DENIED AS MOOT**;[1]

2. Defendants' Motions to Dismiss the Amended Complaint (ECF Nos. 22 and 23) are

   **DENIED WITHOUT PREJUDICE;**[2] and

3. The Parties are to conduct limited jurisdictional discovery for **thirty (30) days** from

   the date of this order.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] Plaintiff filed an Amended Complaint on June 23, 2021. (ECF No. 21).
[2] Defendants may renew their motions at the conclusion of the limited jurisdictional discovery.