IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MCNICHOLAS : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 21-2344 |
| CENTURY LINK, INC., *et. al.* : | |

## **ORDER**

AND NOW, this 31st day of August, 2022, upon consideration of the Renewed Motions to Dismiss for Lack of Jurisdiction of Defendants Lumen Technologies, Inc., f/k/a Century Link, Inc. (Document No. 36) and Level 3 Parent, LLC, f/k/a Level 3 Communications, Inc. (Document No. 37), the Plaintiff's Responses thereto and Moving Defendants' Reply Briefs, it is hereby ORDERED that the Motions are GRANTED for the reasons set forth in the accompanying Memorandum and Plaintiff's claims against the Moving Defendants are DISMISSED for lack of personal jurisdiction.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,    C.J.