IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES MCNICHOLAS | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 21-2344 |
| CENTURY LINK, INC., *et. al.* | : | |

## ORDER

AND NOW, this 3rd day of August, 2023, upon consideration of Defendant Level 3 Communications, LLC's Motion to Strike Plaintiff's Jury Demand (Document No. 68) and Plaintiff James McNicholas's Response in Opposition thereto, it is hereby ORDERED the Motion is DENIED for the reasons set forth in the accompanying Memorandum Opinion.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,     C.J.